UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:13-cv-547-RJC-DSC

| | |
|---|---|
| RONALD SATISH EMRIT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| ) | |
| BANK OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** comes before the Court on Plaintiff's motion (Doc. 8) to vacate the order of this Court (Doc. 3) denying him leave to proceed in forma pauperis and dismissing this case without prejudice. Additionally, Plaintiff has moved to reopen this case. (Doc. 9). These matters are ripe for review.

On September 27, 2013, Plaintiff, proceeding pro se, filed suit in this Court alleging that Defendant engaged in predatory lending and conversion. Although the factual account of Plaintiff's claim were not entirely clear to the Court on their own terms, it appears that Plaintiff alleged that Defendant unjustly withdrew funds from his customer bank account resulting in a negative balance of approximately $2,000.00. Among other relief, Plaintiff sought forty five (45) million dollars in punitive damages as well as injunctive relief.

On October 7, 2013, noting that Plaintiff was a frequent filer of federal lawsuits, this Court entered an order denying Plaintiff's motion to proceed in forma pauperis and dismissing Plaintiff's claim without prejudice. (Doc. 3). One week later, Plaintiff filed an appeal of the dismissal with the United States Court of Appeals for the Fourth Circuit. On the same day,

Plaintiff moved this Court to vacate the order and to reopen the case with a different judge. (Docs. 8, 9)  On April 17, 2014, the Fourth Circuit affirmed this Court's dismissal of Plaintiff's suit.

Rule 60 of the Federal Rules of Civil Procedure establishes various situations in which a Court may grant relief from a judgment or order.  Plaintiff's motions do not establish any such grounds for such relief.  The Fourth Circuit has reviewed and affirmed the dismissal of Plaintiff's suit.  Accordingly, this Court **denies** Plaintiff's respective motions.

It is so ordered that:

1. Plaintiff's motion to vacate order on motion for leave to proceed in forma pauperis is **DENIED**; and
2. Plaintiff's motion to reopen this case is **DENIED.**

Signed: August 13, 2014

Robert J. Conrad, Jr.
United States District Judge